Mark B. Wilson – CA Bar No. 137400
wilson@kleinandwilson.com
William P. Keith – CA Bar No. 270587
wkeith@kleinandwilson.com
Manoah S. Marton – CA Bar No. 340887
mmarton@kleinandwilson.com
KLEIN & WILSON LLP
4770 Von Karman Avenue
Newport Beach, California 92660
(949) 631-3300; Facsimile (949) 631-3703

Attorneys for Plaintiff ACI INTERNATIONAL,
a California corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ACI INTERNATIONAL, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>McCARTER & ENGLISH, LLP, a New Jersey limited liability partnership; LORI J. SHYAVITZ, an individual; DAVID R. BURNS, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 2:24-cv-09460 CV (AYPx)**<br><br>**STIPULATION RE DISMISSAL OF CASE WITH PREJUDICE; AND [PROPOSED] ORDER [Filed Separately]**<br><br>**District Judge: Hon. Cynthia Valenzuela**<br>**Mag. Judge: Hon. Anna Y. Park**<br><br>**Complaint Filed: November 1, 2024**<br>**Discovery Cutoff: October 10, 2025**<br>**Pre-Trial Conf.: August 14, 2026**<br>**Trial: September 23, 2026** |

Plaintiff ACI International and defendants McCarter & English, LLP; Lori J. Shyavitz; and David R. Burns (collectively, the "Parties") by and through their counsel, stipulate as follows:

**1. Recitals**

Whereas, the Parties entered into a confidential settlement agreement which provides for a dismissal of this action, with prejudice, upon a certain term being met, and

Whereas, that settlement term has been met.

Therefore, the Parties stipulate as follows:

**2. Stipulation**

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

KLEIN & WILSON LLP

Dated: July 27, 2026

By: */s/ Mark B. Wilson*
Mark B. Wilson
Attorneys for Plaintiff ACI International

HALPERN MAY YBARRA GELBERG LLP

Dated: July 27, 2026

By: */s/ Joseph J. Ybarra*
Joseph J. Ybarra
Attorneys for Defendants McCarter & English, LLP; Lori J. Shyavitz; and David R. Burns

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the contents of this document and have authorized the filing.

KLEIN & WILSON LLP

Dated: July 27, 2026

By: */s/ Mark B. Wilson*
Mark B. Wilson
Attorneys for Plaintiff ACI International