UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ACI INTERNATIONAL, a California corporation,

Plaintiff,

v.

McCARTER & ENGLISH, LLP, *et al.*,

Defendants.

**CASE NO. 2:24-cv-09460 CV (AYPx)**

**ORDER GRANTING STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**

JS-6

On August 20, 2026, the Parties filed a Stipulation to Dismiss Case with Prejudice ("Stipulation"). Doc. # 198. The Court, having considered the Stipulation and good cause having been found hereby GRANTS the Stipulation and ORDERS as follows:

This case is hereby dismissed with prejudice, and all pending hearing dates, including the trial, and Court deadlines are off calendar.

Dated: November 3, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE